

# THE THIRTEENTH COURT OF APPEALS

---

## 13-19-00354-CV

---

Magellan Terminals Holdings, L.P., and Paul R. Wilson in his capacity as Receiver of Mexam Export Import Corporation

v.

Hector Vargas

---

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2018-DCL-03013

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 7, 2021